In the Matter of I. V. BROSSELL, Bankrupt.
I. V. BROSSELL v. AMTORG TRADING CORPORATION.
No. 4786.

Circuit Court of Appeals, Seventh Circuit.
Sept. 14, 1932.

Michael Levin, of Milwaukee, Wis., for appellant.

Joseph V. Quarles, of Milwaukee, Wis., for appellee.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is ordered by the court that this appeal be, and the same is hereby, dismissed, with costs, pursuant to section 1 of rule 21 of the Rules of this court.

In the Matter of BRUCE SEWING MACHINE CO., Bankrupt.

L. W. PERRY, Trustee of the Bruce Sewing Machine Company, v. FIRST STATE TRUST & SAVINGS BANK.
No. 4855.

Circuit Court of Appeals, Seventh Circuit.
Sept. 27, 1932.

R. N. McConnell, of Chicago, Ill., for appellant.

Logan Hay, of Springfield, Ill., for appellee.

Before ALSCHULER and SPARKS, Circuit Judges.

PER CURIAM.

This day came L. W. Perry, trustee in bankruptcy of Bruce Sewing Machine Company, appellant, by his counsel, R. N. McConnell, and moves the court for an order docketing this cause on appeal and for an order dismissing the appeal with no costs to either party, and, the court being fully advised in the premises, and it appearing that the appellee by stipulation of its counsel of record, has agreed that said cause be dismissed without costs to either party, does hereby order that this cause be docketed by the clerk of this court and that the said appeal be dismissed with no costs to either party.

A. E. BURNETT, District Director, U. S. Immigration Service, District No. 31, Appellant, v. KOJIRO SUGIMORI, Appellee.
A. E. BURNETT, District Director, U. S. Immigration Service, District No. 31, Appellant, v. TOMOHEI SHONO, Appellee.
Nos. 7018, 7019.

Circuit Court of Appeals, Ninth Circuit.
Dec. 5, 1932.

Samuel W. McNabb, U. S. Atty., of Los Angeles, Cal., for appellant.

Theodore E. Bowen, of Los Angeles, Cal., for appellees.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal in each of above causes dismissed [58 F.(2d) 782]; mandates forthwith.